CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 05 2018

JULIA C. DUDLEY, CLERK
BY: A. Gocsen
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

ASHLEY N. LONG, )
　) Civil Action No. 7:16CV00592
　Plaintiff, )
　)
v. ) **ORDER**
　)
NANCY A. BERRYHILL, Acting )
Commissioner of Social Security, ) By: Hon. Glen E. Conrad
　) Senior United States District Judge
　Defendant. )

This matter was referred to United States Magistrate Robert S. Ballou, pursuant to 28 U.S.C. § 636(b)(1)(B) for proposed findings of fact, conclusions of law, and a recommended disposition. The Magistrate Judge submitted a Report and Recommendation on February 13, 2018, in which he recommends that the Commissioner's motion for summary judgment be denied, that the plaintiff's motion for summary judgment be granted, and that the case be remanded for further administrative consideration consistent therewith. No objections to the Report and Recommendation having been filed, the court is of the opinion that the Report and Recommendation should be adopted in its entirety.

It is accordingly

ORDERED

as follows:

1. The February 13, 2018 Report and Recommendation (Dkt. #19) is ADOPTED in its entirety;

2. The Commissioner's motion for summary judgment (Dkt. #11) is DENIED;

3. The plaintiff's motion for summary judgment (Dkt. #15) is GRANTED and this case is REMANDED for further administrative consideration consistent therewith;

4. This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties are advised that the court considers this remand order to be a "sentence four" remand. See Melkonyan v. Sullivan, 501 U.S. 89, 111 S. Ct. 2157 (1991); Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993). Thus, this order of remand is a final order. Id. If the Commissioner should again deny plaintiff's claim for benefits, and should plaintiff again choose to seek judicial review, it will be necessary for plaintiff to initiate a new civil action within sixty (60) days from the date of the Commissioner's final decision on remand. See 42 U.S.C. § 405(g); and

5. This matter is STRICKEN from the active docket of the court.

The Clerk is directed to send a certified copy of this order to all counsel of record.

ENTER this 5th day of March, 2018.

_____
Senior United States District Judge